UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNNE HARRISON,<br><br>        Plaintiff,<br><br>    v.<br><br>KERRY KILLINGER, *et al.*,<br><br>        Defendants. | CASE NO. C07-1827RSM<br><br>ORDER OF TRANSFER |

This matter is hereby transferred to the Honorable Marsha J. Pechman, United States District Judge, as related to *Nelson v. Woods, et. al* (Case No. C07-1809), for all future proceedings. All future filings shall contain the Case No. C07-1827MJP. The undersigned District Judge is no longer assigned to this case.

The Clerk shall direct a copy of this Order to Judge Pechman and to all counsel of record.

DATED this  5   day of March, 2008.

                                                        RICARDO S. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE